AO 245B (CASD Rev. 1/19) Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED JUN 3 0 2021
CLERK, U S DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.

AQUA SAN DIEGO MARINE, LLC (1)

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number: 19CR0395-CAB

PETER BLAIR
Defendant's Attorney

**USM Number**

☐ –

THE DEFENDANT:

☒ pleaded guilty to count(s)   ONE (1) OF THE TWO-COUNT INFORMATION

☐ was found guilty on count(s)
after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| **Title & Section** | **Nature of Offense** | **Count Number(s)** |
|---|---|---|
| 16 USC 3372(d)(1), 3373(d)(3)(A)(i); 18 USC 2 | FALSE LABELING AND AIDING AND ABETTING | 1 |

The defendant is sentenced as provided in pages 2 through ___3___ of this judgment.
The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☐ Count(s) _____ is  dismissed on the motion of the United States.

☒ Assessment : $400.00

☐ JVTA Assessment*: $

*Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.

☒ See fine page   ☐ Forfeiture pursuant to order filed _____, included herein.

IT IS ORDERED that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of any material change in the defendant's economic circumstances.

June 30, 2021
Date of Imposition of Sentence

HON. Cathy Ann Bencivengo
UNITED STATES DISTRICT JUDGE

| | | |
|---|---|---|
| DEFENDANT: | AQUA SAN DIEGO MARINE, LLC (1) | Judgment - Page **2** of **3** |
| CASE NUMBER: | 19CR0395-CAB | |

## FINE

The defendant shall pay a fine in the amount of     $150,000.00     unto the United States of America.

Fine shall be paid to the Clerk's Office, United States District Court and the Clerk shall direct fine payment to:

Magnuson-Stevens Fishery and Conservation Act Management Fund,
U.S. Department of Commerce NOAA, Fine & Penalties
7600 Sand Point Way, NE
Seattle, Washington
98115

Attn: Check Deposit – Magnuson-Stevens, Respondent: AquaSD, NOAA Case No. 1803988.

This sum shall be paid   X   forthwith.
                              ___ as follows:

The Court has determined that the defendant   does not   have the ability to pay interest. It is ordered that:

X   The interest requirement is waived.
___ The interest is modified as follows:

| | |
|---|---|
| DEFENDANT: AQUA SAN DIEGO MARINE, LLC (1) | Judgment - Page **3** of **3** |
| CASE NUMBER: 19CR0395-CAB | |

## RESTITUTION

The defendant shall pay restitution in the amount of     $50,032.00     unto the United States of America.

U. S. Fish and Wildlife Service,
Cost Accounting Section
P.O. Box 272065
Denver, Colorado
80227-9060

//

//